

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00178-CV

**GEORGE PAPPAS,**

                                 **Appellant**

 v.

**CITY OF WAXAHACHIE, TEXAS,**
**WAXAHACHIE FIREFIGHTERS' &**
**POLICE OFFICERS' CIVIL SERVICE**
**COMMISSION, GAYLE SIMMS**
**& CHARLES EDGE,**

                                 **Appellees**


_____

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 88719

_____

## MEMORANDUM OPINION
_____

Appellant has filed a "Motion for Voluntary Dismissal."  *See* TEX. R. APP. P. 42.1(a)(1).  He seeks dismissal of this appeal with costs to be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled, and the certificate of conference represents that Appellees do not oppose this motion. The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed November 20, 2014
[CV06]

